# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00485-CV
NO. 03-06-00487-CV

**In re Mark E. Lee**

## ORIGINAL PROCEEDINGS FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

The petitions for writ of mandamus are denied.  *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Filed:   September 13, 2006